**Order entered January 26, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01060-CV**

**KEJUAN KNOX, Appellant**

**V.**

**EXCHANGE 7272, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-04609-E**

**ORDER**

By letter dated December 16, 2022, we directed appellant to provide, within ten days, written verification that he had requested preparation of the reporter's record and cautioned that failure to comply may result in an order that the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). As of today's date, appellant has not filed a response. Accordingly, we **ORDER** the appeal be submitted without the reporter's record. *See id.*

Appellant shall file his opening brief on or before **February 27, 2023**.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE